HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE J. DUVERNAY,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>   Defendant. | No.: 2:07-CV-01407 DAD<br><br>STIPULATION AND ORDER FOR DISMISSAL |

   Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's fees and costs.

/////

/////

/////

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| Dated: February 20, 2008 | /s/PETER THOMSPON<br>PETER THOMPSON<br>Assistant U.S. Attorney |
| Dated:  February 21, 2008 | /s/HARVEY P. SACKETT<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>LAURIE J. DUVERNAY |

IT IS SO ORDERED.

DATED:  February 21, 2008.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/duvernay1407.stipord.dism

2

STIPULATION AND ORDER